**FILED**

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAUN DEION SWINSON SR. ]<br>Reg.#28452-016 ]<br>FEDERAL CORRECTIONAL ]<br>INSTITUTION ]<br>Box 1000 ]<br>Morgantown, West Virginia 26507 ]<br>]<br>Plaintiff, ]<br>]<br>Vs. ]<br>]<br>D.C. METRO POLICE DEPARTMENT ]<br>300 Indiana Avenue, N.W. ]<br>Washington, D.C. 20001 ]<br>]<br>Defendant. ] | Judge:<br><br>ase: 1:08-cv-00809<br>Assigned To : Urbina, Ricardo M.<br>Assign. Date : 5/12/2008<br>Description: Pro Se Gen. Civil<br><br><br><br>COMPLAINT<br><br><br><br>JURY TRIAL DEMANDED |

NOW COMES the plaintiff and avers the following:

1) The defendant unlawfully arrested and detained the plaintiff on December 11, 2005 against the plaintiff's will or consent.

2) The defendant used a fictitious warrant and false allegations of possession-of marijuana and an FTA (Failure To Appear) to arrest the plaintiff.

3) The defendant has never produced the alleged warrant and arrested plaintiff in violation of his Constitutional Rights of ' Due Process.'

4) The plaintiff was unlawfully detained for a period of twelve (12) days before being taken to see a Magistrate Judge in Virginia State.

5) The defendant did violate the plaintiff in the District of Columbia, Washington ... delegating JURISDICTION to this Honorable Court over same.

### CLAIM #1 UNLAWFUL ARREST

A. Per the FACTS set forth in ¶1-5, the defendant perpetrated a tort of unlawful arrest on the plaintiff. Under the FIRST & FOURTH AMENDMENT, the plaintiff is protected from unlawful arrest and/or detention by any police officer. Umanzor v. U.S., 2002, 803 A.2d 983, centorari denied 124-S. Ct. 198, 157 L.Ed.2d 130, 2003 WL 21525087.

**RECEIVED**

APR 2 5 2008

Clerk, U.S. District and
Bankruptcy Courts

(1)

## CLAIM #2 FICTITIOUS WARRANT FOR ARREST

A. Per the FACTS set forth in ¶1-5, the defendant perpetrated a tort of a warrantless arrest without an actual warrant in violation of plaintiff's Amendment Rights, see <u>Umanzor v. U.S.</u>, 2002, 803 A.2d 983 .....
" ... investigative stop is req'ed to indicate specific and articulable FACTS which, taken together w/rational inferences from those FACTS, ..."
... " ... requirement of reasonable suspicion ... ". D.C. POLICE - DEPARTMENT never had FACTS to substantiate or merit arresting or detaining plaintiff which constituted a FALSE ARREST.

## CLAIM #3 PERSONAL INJURY

A. Per the FACTS set forth in ¶1-5, the defendant did commit a tort of personal injury on the plaintiff. See <u>TREZEVANT v. CITY OF TAMPA,</u> 741 F2d 336 (11th Cir. 1984) where police held motorist illegally for 23 minutes on a traffic charge and TREZEVANT was AWARDED $25,000.00 in damages (sets foundation for $75,000/hr., $1,600,000/day).

## CLAIM #4 PERJURY

A. Per the FACTS set forth in ¶1-5, the defendant did perpetrate a tort of perjury on the plaintiff by falsified arrest on fictitious warrant, defendant never had contrary to TITLE 28 USCS §1746.

## CLAIM #5 JURISDICTION

A. Per the FACTS set forth in ¶1-5, the defendant detained and arrested the plaintiff unlawfully in the DISTRICT OF COLUMBIA, WASHINGTON- delegating " JURISDICTION " to this Honorable Court over same per 28 USCS §1367.

## R E L I E F

A. The plaintiff requests injunctive relief ordering the defendant to rectify this case/plaintiff by admitting on RECORD that there was never an arrest warrant.

B. All expenses and any other relief this Court deems just.

C. JURY TRIAL FOR DAMAGES.

D. $750,000 in actual damages & $16,000,000 in punitive damages.

Respectfully submitted,

_____
SHAUN DEION SWINSON, pro-se
Reg.#28452-016

(2)

## AFFIDAVIT OF INDIGENCY

County of Monongalia        )
                            ) Scilicet.
State of West Virginia      )

    NOW COMES the affiant under the penalty of perjury and avers:

1) That he is **indigent** as defined by the laws of the State of West Virginia, and cannot proceed in this matter without the Court or Clerk of Court waiving the cost(s) of filing a LAWSUIT COMPLAINT.

2) To preserve the Plaintiff's/Petitioner's 1st, 5th, 6th & 14th Amendment Rights of " access to the Courts," under the West Virginia & U.S. Constitutional law, Affiant prays to proceed in this matter without pre-payment of costs.  See **Bounds v. Smith**, 430 U.S. 817, 821-828," In Bounds, the Supreme Court held that a state must give ..... prisoners a ' reasonable adequate opportunity to present claimed violations of fundamental Constitutional Rights to the Courts ' ... ".

3) Part of this " Constitutional Rights " would be to proceed in a civil lawsuit without pre-payment of costs to preserve " fundamental fairness."

                                   Affiant:

BEFORE ME, a NOTARY PUBLIC per 18 USC §4004 that gives FEDERAL EMPLOYEES employed by the UNITED STATES GOVERNMENT, the same rights as a NOTARY PUBLIC to take oaths and affirmations, the affiant appeared and after being duly sworn affixed his signature hereto before me.

DATED: April 5th, 2008

Signed: _____        **NOTARY PUBLIC SIGN/SEAL:**
SHAUN DEION SWINSON SR.

Little Pruitt, Case Manager,
Authorized By The Act of July 7, 1955, as amended, to administer oaths (18 U.S.C § 4004).

April 8, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAUN DEION SWINSON SR.  ]
Reg.#28452-016           ]
                         ]  Case No.
           Plaintiff,    ]
                         ]  CERTIFICATE OF SERVICE
      Vs.                ]
                         ]
D.C. METRO POLICE DEPARTMENT ]
                         ]
           Defendant.    ]

PROOF OF SERVICE PURSUANT TO 28 USC §1746
AND THE U.S. PRISONER'S MAILBOX RULE

I, Shaun Deion Swinson as plaintiff pro-se in the above-styled case do hereby declare that I deposited a " lawsuit complaint," in the institutional mailbox here at FCI-Morgantown in West Virginia: to serve all parties in the instant CIVIL action. U.S. First Class Postage was prepaid and affixed thereon and addressed as follows:

Clerk of Court
U.S. District Court
333 Constitution Avenue, N.W., Room 1225
Washington, D.C. 20001
&
D.C. METRO POLICE DEPARTMENT
300 Indiana Avenue, N.W.
Washington, D.C. 20001

Dated & Mailed: 04/11/2008

_____
SHAUN DEION SWINSON, pro-se
Reg.#28452-016
FCI-Morgantown
Box 1000
Morgantown, WEST VIRGINIA 26507-1000

(3)

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
08-809
RMU

## I (a) PLAINTIFFS

Shaun Deion Swinson, Sr.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

## DEFENDANTS

DC Metropolitan Police Department

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 28452-016

Case: 1:08-cv-00809
Assigned To : Urbina, Ricardo M.
Assign. Date : 5/12/2008
Description: Pro Se Gen. Civil

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ 0    Check YES only if demanded in complaint JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE 5/12/08    SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd