AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FILED

MAY 1 2 2008

District of   COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Shaun Deion Swinson, Sr
Plaintiff

v.

DC Metropolitan Police Department
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 08 0809

I, Shaun Deion Swinson, Sr.   declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☑ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   FCI Morgantown in West Virginia

   Are you employed at the institution?   Yes   Do you receive any payment from the institution?   Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☑ Yes        ☐ No

   a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

   $5.75 per month BOP-FCI Morgantown, P.O. Box 1000, Morgantown WV 26507

   b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☑ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   **RECEIVED**

   APR 2 5 2008

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

U.S. District and
Bankruptcy Courts

2

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☐ No

If "Yes," describe the property and state its value.

1995 SAAB 900e valued at $1500

5.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

S.D.S.   Son   unable to contribute to their support because of incarceration
C.R.A.   Son   unable to contribute to their support because of incarceration.

declare under penalty of perjury that the above information is true and correct.

April 22, 2008 _____   _Shawn N. Swenson, Sr._____
          Date                                          Signature of Applicant

**TICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, risoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach certified statement of each account.

## ORDER OF THE COURT

| application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ <br> United States Judge     Date | _Saw L. Free_____ _5/5/08_ <br> United States Judge     Date |