

| Inmate Inquiry | | | |
|---|---|---|---|
| Inmate Reg #: | 28452016 | Current Institution: | Morgantown FCI |
| Inmate Name: | SWINSON, SHAWN | Housing Unit: | MRG-Q-A |
| Report Date: | 04/22/2008 | Living Quarters: | Q01-004L |
| Report Time: | 1:44:24 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions

## General Information

FILED
MAY 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08 0809

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7636 |
| PAC #: | 186391175 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 3/5/2007 |
| Local Account Activation Date: | 3/6/2007 3:31:34 AM |
| Sort Codes: | |
| Last Account Update: | 4/20/2008 12:01:01 PM |
| Account Status: | Active |
| Phone Balance: | $0.03 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $3.86 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $3.86 |
| National 6 Months Deposits: | $656.50 |
| National 6 Months Withdrawals: | $724.67 |
| National 6 Months Avg Daily Balance: | $49.41 |
| Local Max. Balance - Prev. 30 Days: | $114.06 |
| Average Balance - Prev. 30 Days: | $29.35 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $461.87
Last Sales Date: 3/31/2008 11:43:19 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**
FCI MRG, UDC 1671995, COMM REST 11.30.07-12.15.07, LAP.

# Inmate Statement

| | |   | | |
|---|---|---|---|---|
| Inmate Reg #: | 28452016 | Current Institution: | Morgantown FCI |
| Inmate Name: | SWINSON, SHAWN | Housing Unit: | MRG-Q-A |
| Report Date: | 04/22/2008 | Living Quarters: | Q01-004L |
| Report Time: | 1:45:03 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MRG | 4/20/2008 12:01:01 PM | TL0420 | | | TRUL Withdrawal | ($2.00) | | $3.86 |
| MRG | 4/17/2008 5:21:43 PM | TL0417 | | | TRUL Withdrawal | ($2.00) | | $5.86 |
| MRG | 4/13/2008 7:50:33 PM | TFN0413 | | | Phone Withdrawal | ($3.00) | | $7.86 |
| MRG | 4/9/2008 8:57:35 AM | HIPP0308 | | | Payroll - IPP | $5.25 | | $10.86 |
| MRG | 3/31/2008 11:43:19 AM | 36 | | | Sales | ($94.45) | | $5.61 |
| MRG | 3/23/2008 2:31:53 PM | TFN0323 | | | Phone Withdrawal | ($14.00) | | $100.06 |
| MRG | 3/22/2008 5:49:14 PM | TL0322 | | | TRUL Withdrawal | ($30.00) | | $114.06 |
| MRG | 3/20/2008 8:01:41 AM | TL0320 | | | TRUL Withdrawal | ($2.00) | | $144.06 |
| MRG | 3/19/2008 10:20:40 AM | TL0319 | | | TRUL Withdrawal | ($2.00) | | $146.06 |
| MRG | 3/17/2008 10:04:14 AM | TL0317 | | | TRUL Withdrawal | ($2.00) | | $148.06 |
| MRG | 3/14/2008 12:12:40 PM | 33312008 | | | Western Union | $150.00 | | $150.06 |
| MRG | 3/13/2008 11:10:28 PM | TFN0313 | | | Phone Withdrawal | ($1.00) | | $0.06 |
| MRG | 3/13/2008 11:40:25 AM | TL0313 | | | TRUL Withdrawal | ($2.00) | | $1.06 |
| MRG | 3/12/2008 11:35:43 AM | TL0312 | | | TRUL Withdrawal | ($2.00) | | $3.06 |
| MRG | 3/9/2008 8:20:14 PM | TFN0309 | | | Phone Withdrawal | ($3.00) | | $5.06 |
| MRG | 3/7/2008 9:54:42 AM | 002021 | | | FRP Quarterly Pymt | ($25.00) | | $8.06 |
| MRG | 3/7/2008 9:46:41 AM | HIPP0208 | | | Payroll - IPP | $5.25 | | $33.06 |
| MRG | 3/2/2008 2:35:41 PM | TFN0302 | | | Phone Withdrawal | ($10.00) | | $27.81 |
| MRG | 3/1/2008 5:37:25 PM | TL0301 | | | TRUL Withdrawal | ($2.00) | | $37.81 |
| MRG | 2/28/2008 11:53:49 AM | TL0228 | | | TRUL Withdrawal | ($10.00) | | $39.81 |
| MRG | 2/27/2008 6:03:29 PM | TL0227 | | | TRUL Withdrawal | ($2.00) | | $49.81 |
| MRG | 2/26/2008 5:30:57 PM | 53 | | | Sales | ($24.64) | | $51.81 |
| MRG | 2/25/2008 5:36:34 PM | TL0225 | | | TRUL Withdrawal | ($2.00) | | $76.45 |
| MRG | 2/21/2008 5:51:25 PM | TL0221 | | | TRUL Withdrawal | ($2.00) | | $78.45 |
| MRG | 2/20/2008 3:13:34 PM | TFN0220 | | | Phone Withdrawal | ($14.00) | | $80.45 |
| MRG | 2/20/2008 12:01:44 PM | TL0220 | | | TRUL Withdrawal | ($2.00) | | $94.45 |
| MRG | 2/19/2008 6:42:25 PM | 111 | | | Sales | ($60.54) | | $96.45 |
| MRG | 2/19/2008 6:25:18 PM | 33310208 | | | Western Union | $150.00 | | $156.99 |
| MRG | 2/19/2008 5:55:43 PM | TL0219 | | | TRUL Withdrawal | ($2.00) | | $6.99 |
| MRG | 2/17/2008 4:32:27 PM | TFN0217 | | | Phone Withdrawal | ($6.00) | | $8.99 |
| MRG | 2/16/2008 8:01:15 PM | TFN0216 | | | Phone Withdrawal | ($2.00) | | $14.99 |
| MRG | 2/15/2008 5:21:16 PM | TL0215 | | | TRUL Withdrawal | ($2.00) | | $16.99 |
| MRG | 2/14/2008 5:45:01 PM | TL0214 | | | TRUL Withdrawal | ($2.00) | | $18.99 |

| | | | | | |
|---|---|---|---|---|---|
| MRG | 2/12/2008 8:17:11 PM | TFN0212 | Phone Withdrawal | ($3.00) | $20.99 |
| MRG | 2/11/2008 11:51:15 AM | TL0211 | TRUL Withdrawal | ($2.00) | $23.99 |
| MRG | 2/10/2008 6:22:16 PM | TFN0210 | Phone Withdrawal | ($3.00) | $25.99 |
| MRG | 2/8/2008 5:24:35 PM | TL0208 | TRUL Withdrawal | ($2.00) | $28.99 |
| MRG | 2/8/2008 8:05:40 AM | HIPP0108 | Payroll - IPP | $5.25 | $30.99 |
| MRG | 2/5/2008 5:47:04 PM | TL0205 | TRUL Withdrawal | ($2.00) | $25.74 |
| MRG | 2/3/2008 10:44:48 PM | TFN0203 | Phone Withdrawal | ($3.00) | $27.74 |
| MRG | 2/3/2008 12:01:12 PM | TL0203 | TRUL Withdrawal | ($2.00) | $30.74 |
| MRG | 2/2/2008 5:50:23 PM | TFN0202 | Phone Withdrawal | ($4.00) | $32.74 |
| MRG | 2/2/2008 1:23:57 PM | TL0202 | TRUL Withdrawal | ($2.00) | $36.74 |
| MRG | 1/31/2008 8:14:32 PM | TL0131 | TRUL Withdrawal | ($2.00) | $38.74 |
| MRG | 1/30/2008 5:48:16 PM | TL0130 | TRUL Withdrawal | ($2.00) | $40.74 |
| MRG | 1/29/2008 11:44:50 AM | TL0129 | TRUL Withdrawal | ($2.00) | $42.74 |
| MRG | 1/27/2008 1:09:29 PM | TFN0127 | Phone Withdrawal | ($2.00) | $44.74 |
| MRG | 1/23/2008 11:58:57 AM | TL0123 | TRUL Withdrawal | ($2.00) | $46.74 |
| MRG | 1/21/2008 1:28:51 PM | TL0121 | TRUL Withdrawal | ($2.00) | $48.74 |
| MRG | 1/20/2008 8:12:38 PM | TFN0120 | Phone Withdrawal | ($6.00) | $50.74 |

1 2 3

**Total Transactions: 134**

**Totals:** ($106.90)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MRG | $3.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.86 |
| **Totals:** | **$3.86** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3.86** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $656.50 | $724.67 | $49.41 | $114.06 | $29.35 | N/A | N/A |