# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAUN D. SWINSON, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 08-809 (RMU) |
| v. | ) |
| | ) |
| D.C. METRO. POLICE DEPARTMENT | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT

Defendant D.C. Metro. Police Department (hereinafter "the Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby moves this Court to enlarge the time by which it must answer or otherwise respond to the Plaintiff's complaint by an additional forty (40) days. A memorandum of points and authorities in support of this motion to enlarge is attached hereto.

Pursuant to LCvR 7(m) undersigned counsel is not required to contact *Pro Se* Plaintiff who is currently incarcerated at the federal correctional institution at Morgantown, West Virginia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON [#435163]
Section Chief, General Litigation Section I

/s/ Lucy Pittman
LUCY PITTMAN [#483416]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (telephone)
(202) 727-3625 (fax)
lucy.pittman@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June, 2008, a copy of the foregoing Motion to Enlarge and its supporting Memorandum of Law and Proposed Order were mailed postage prepaid to:

Shaun Deion Swinson, Sr.
Reg. #28452-016
FCI-Morgantown
Box 1000
Morgantown, West Virginia 26507-1000
*Pro Se* Plaintiff

/s/ Lucy Pittman
Lucy Pittman
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAUN D. SWINSON, SR.,              )<br>                                                      )<br>         Plaintiff,                              )<br>                                                      )       Civil No.  08-809 (RMU)<br>     v.                                             )<br>                                                      )<br>D.C. METRO. POLICE DEPARTMENT  )<br>                                                      )<br>         Defendant.                          )<br>_____ ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendant an additional forty (40) days to file a responsive pleading to the Plaintiff's complaint.  This motion is made for good cause as set forth below:

1.      The Plaintiff filed suit on May 12, 2008, alleging that the Defendant unlawfully arrested and detained him on December 11, 2005.

2.      The Defendant was served this Complaint on June 4, 2008.  A responsive pleading therefore is due on or before June 24, 2008.

3.      The requested extension is justified because the Defendant will have to conduct a preliminary investigation of the allegations contained in the complaint before it can file an accurate responsive pleading.

4.      Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.  An extension to allow forty (40) days for filing of a responsive pleading in this case would require a filing on or before August 4, 2008.

6.      This is the Defendant's first request for an extension.

2

      WHEREFORE, for the reasons stated herein, the Defendant requests that this Court expand the time to file a responsive pleading by forty (40) days, up to and including August 4, 2008.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                /s/ Kimberly M. Johnson
                KIMBERLY MATTHEWS JOHNSON [#435163]
                Section Chief, General Litigation Section I

                /s/ Lucy Pittman
                LUCY PITTMAN [#483416]
                Assistant Attorney General
                441 4th Street, N.W.
                6th Floor South
                Washington, D.C. 20001
                (202) 442-9891 (telephone)
                (202) 727-3625 (fax)
                lucy.pittman@dc.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAUN D. SWINSON, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 08-809 (RMU) |
| v. | ) |
| | ) |
| D.C. METRO. POLICE DEPARTMENT | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PROPOSED ORDER**

Upon consideration of the Motion to Enlarge Time to File a Pleading in Response to the Plaintiff's Complaint, the memorandum of points and authorities in support thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____ 2008, hereby,

ORDERED: that the Motion is GRANTED; and it is

FURTHER ORDERED: that the Defendant's responsive pleading is due on or before August 4, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Lucy Pittman
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
lucy.pittman@dc.gov

Shaun Deion Swinson
Reg. #28452-016
FCI-Morgantown
Box 1000
Morgantown, West Virginia 26507-1000