IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAUN D. SWINSON, SR. ) | Judge:  RICARDO M. URBINA |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08-809(RMU) |
| -vs- ) | |
| ) | |
| D.C. METRO POLICE ) | PLAINTIFF'S MOTION TO AMEND |
| ) | CIVIL COMPLAINT |
| Defendant ) | |

PLAINTIFF'S MOTION TO AMEND CIVIL COMPLAINT

NOW COMES the plaintiff, SHAUN DEION SWINSON,SR. (hereinafter "Plaintiff"), pro-se, respectfully requesting the leave of this Honorable Court to amend his civil complaint that alleged that the plaintiff's constitutional rights were violated by Federal officer's in Washington, D.C. in which material issues of the facts were raised as to the false arrest and imprisonment of the plaintiff, for above-titled case.  The defendant, D.C. METRO POLICE, knew or should have known that the plaintiff should not have been arrested without warrant and represnted statements of facts to the plaintiff that were untrue and known to be untrue.  The arrest was without probable cause and there has been a showing of fraud, perjury, misrepresentation and fabrication of documents to conceal this false arrest and unlawful imprisonment.  The District of Columbia is responsible for the actions of the officer's of the METRO POLICE DEPARTMENT and F.O.I.A. and the Chief of Police is liable for failing to properly train and supervise these officer's.  The fact that the plaintiff was arrested without warrant nor probable cause, unlawfully detained, extradited and withheld from appearing before a magistrate judge until his 12th day of incarceration, is utterly "SHOCKING TO THE CONSCIENCE".  Such a deprivation of liberty as this, without due process under the 4th Amendment, could constitute grounds for **KIDNAPPING.**

The plaintiff humbly requests the assistance of this Honorable Court to construe this motion so that it properly pleads the plaintiff's Federal claim for damages and bring forth this action against the District of Columbia and its

RECEIVED
SEP 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Chief of Police and the 2 arresting officer's, whose names can be made known through discovery, in their official and individual capacities. Plaintiff request to preserve right to further amen his complaint when justice so requires.

Respectfully submitted,

*Shaun W. Swinson, Sr.*

Shaun Deion Swinson, Sr. 28452-016  
FCI Morgantown  
PO Box 1000  
Morgantown, WV 26507-1000

Dated: 08/22/2008

**CERTIFICATE OF SERVICE**

    I, Shsun Deion Swinson, Sr., as the plaintiff pro-se, do hereby declare that I deposited a "MOTION OPPOSING DEFENDANT D.C. METRO POLICE MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT" and "MOTION TO AMEND" and an "AFFADAVIT OF FACTS" in the the U.S. Mailbox located in front of the mailroom at FCI Morgantown in Morgantown,WV on 08/25/2008 to the CLERK OF THE COURT in the US DISTRICT IN THE DITRICT OF COLUMBIA, 333 Constitution Ave, Washington D.c. and to LUCY PITTMAN, ASST ATTY GEN., 441 4th Street, N.W. , Washington, D.C. 2001

_[signature]_
witness to mailing

_[signature]_
Shaun Deion Swinson, Sr.

## Affadavit

I, Shaun D. Swinson, Sr., do hereby state that I have prepared this motion and declare, under the penalties of perjury, to the truth of the allegation within. Given this 22nd day in the month of August, 2008 in the year of our LORD.

*[signature]*
SHAUN D. SWINSON, SR.